```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION

SHERRY L. PARSONS,              }
                                }
     Plaintiff,                 }
                                }      CIVIL ACTION NO.
v.                              }      08-AR-0275-S
                                }
MIQUEL A. QUINTANILLA, et       }
al.,                            }
                                }
     Defendants.                }
```

## MEMORANDUM OPINION

Before the court is the motion of defendants, Miguel A. Quintanilla ("Quintanilla"), Marcos Augusto Hong, d/b/a Global Transport & Logistics ("Hong"), and Global Transport & Logistics, Inc. ("Global Transport"), for partial summary judgment, seeking a dismissal of the action insofar as it claims wantonness. The parties have made no attempt to distinguish between Hong, d/b/a Global Transport and Global Transport, a corporation. Obviously, Hong cannot do business as a corporation. The court cannot tell whether Quintanilla was employed by an individual or by a corporation or by both. Not for this reason, but because the court finds a dispute of material fact that bears on the issue defendants seek to eliminate, defendants' motion will be DENIED by separate order. The parties should not assume that the court means to indicate that the wanton count will get by defendants' Rule 50 motion at trial.

DONE this 7th day of October, 2009.

```
                              _____
                              WILLIAM M. ACKER, JR.
                              UNITED STATES DISTRICT JUDGE
```